**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) |
| | )<br>) Case No. 2:25 MJ-11265-008<br>) |
| DWAYNE REDDON,<br>Defendant. | )<br>) |

**ORDER MODIFYING CONDITIONS AS APPROVED BY PRE-TRIAL SERVICES**

WHEREAS, upon notice to the Government and Pretrial Services, the Defendant sought to temporarily modify the conditions of his pre-trial release in order to attend his child's gender reveal as approved by Pretrial Services. This matter having come before the Court with the consent of Pretrial Services and with the Government's deference to Pretrial Services' recommendation and for good cause,

It is hereby ORDERED as follows on this ______ day of _________ 2026;

1. Mr. Reddon will be allowed to attend the event on July 11, 2026. The event is from 6:00pm - 9:00 pm and is located at 478 South Olden Ave, Trenton, NJ 08629.

2. Pretrial Services will set the time to leave and return to the house

3. All other conditions of pre-trial release will remain the same.

Dated:____________

___________________________
Hon.